IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Respondent, ) | |
| ) | |
| v. ) | Case No. CR-16-171-R |
| ) | CIV 18-1222-R |
| BRIAN LEE DOWNING, ) | |
| ) | |
| Defendant-Petitioner. ) | |

## ORDER

On April 21, 2020, the Court denied Petitioner's § 2255 motion and entered judgment accordingly. Doc. Nos. 48, 49. Under Rule 11 of the Rules Governing Section 2255 Proceedings, the Court must issue or deny a certificate of appealability after entering a final order adverse to a petitioner. A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To satisfy this standard, a petitioner must show "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons stated in the Court's Order, Doc. No. 48, the Court finds that petitioner has not satisfied this standard. The Court denies a certificate of appealability as to its ruling on Petitioner's § 2255 petition.

**IT IS SO ORDERED** this 2nd day of September 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE